GORDON SILVER
DOMINIC P. GENTILE
Nevada Bar No. 1923
Email: dgentile@gordonsilver.com
ERIC R. OLSEN
Nevada Bar No. 3127
Email: eolsen@gordonsilver.com
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
Email: gblumberg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
Attorneys for Defendants/Counterclaimant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PILAR FERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGES TANNOURY, M.D., P.C. d/b/a SPECIALTY MEDICAL CENTER; ADVANCED CHIROPRACTIC AT SPECIALTY MEDICAL CENTER; GEORGES TANNOURY, M.D.,<br><br>Defendants.| CASE NO. 12-CV-01017-LDG-PAL<br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL** |
| GEORGES TANNOURY, M.D., P.C. d/b/a SPECIALTY MEDICAL CENTER,<br><br>Counterclaimant,<br><br>v.<br><br>PILAR FERNANDEZ; FRANK TOPPO, M.D.,<br><br>Counterdefendants. | |

Plaintiff/Counterdefendant Pilar Fernandez ("Dr. Fernandez") and Counterdefendant Frank Toppo, M.D. ("Dr. Toppo") by and through counsel, the Pitegoff Law Office, and Defendants Advanced Chiropractic at Specialty Medical Center ("ACSMC"), Georges Tannoury, M.D. ("Dr. Tannoury"), and Defendant/Counterclaimant Georges Tannoury, M.D., P.C., d/b/a Specialty Medical Center ("SMC"), by and through counsel, the firm of Gordon Silver, HEREBY

1 of 3

101379-009/1896530

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

STIPULATE AND AGREE:

1. All of Dr. Fernandez's claims against ACSMC, Dr. Tannoury, and SMC in the above-captioned matter shall be dismissed with prejudice.

2. All of SMC's counterclaims against Dr. Fernandez and Dr. Toppo shall be dismissed without prejudice.

3. Each party shall bear its own fees and costs.

DATED this 13th day of May, 2013.

GORDON SILVER

/s/ 
DOMINIC P. GENTILE
Nevada Bar No. 1923
ERIC R. OLSEN
Nevada Bar No. 3127
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3960 Howard Hughes Pkway, 9th Fl.
Las Vegas, NV 89169
Attorneys for Defendants/Counterlcaimant

DATED this 13th day of May, 2013.

PITEGOFF LAW OFFICE

/s/ Jeffrey I. Pittegoff
JEFFREY I. PITEGOFF
Nevada Bar No. 5458
415 South 6th Street, Suite 300
Las Vegas, NV 89101
Attorneys for Plaintiff/Counterdefendants

## ORDER

The Court having reviewed and considered the Stipulation by the parties, and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. All of Dr. Fernandez's claims against ACSMC, Dr. Tannoury, and SMC in the above-captioned matter shall be dismissed with prejudice.

2. All of SMC's counterclaims against Dr. Fernandez and Dr. Toppo shall be dismissed without prejudice.

. . .
. . .
. . .
. . .
. . .
. . .

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101379-009/1896530

1  3. Each party shall bear its own fees and costs.

2  IT IS SO ORDERED this 14 day of MAY, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

6  Respectfully Submitted,

7  GORDON SILVER

_____
DOMINIC P. GENTILE
Nevada Bar No. 1923
ERIC R. OLSEN
Nevada Bar No. 3127
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3960 Howard Hughes Pkway, 9th Fl.
Las Vegas, NV 89169
Attorneys for Defendants/Counterlcaimant

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101379-009/1896530